Revised: 12/09

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

FILED

2014 APR 30  AM 10: 37

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT

In re: Brent Marshall Uber and Amber Lynn Uber

Case No.
Chapter 7

_____ Debtor(s)/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(c), debtors filing Chapter 7 petitions and debtors in cases converting to Chapter 7, must file an Asset Protection Report giving information about the status of insurance coverage on assets in the estate. The back of this page shall be completed with the following information: (1) description of the asset and location; (2) the debtor's insurance agent for the asset, or if none, the insurance underwriter; (3) the policy limit of the policy with respect to the asset; (4) the expiration date of the policy and (5) if the asset is secured, the name of the secured party and whether the debtor insures the interest of that party. If the debtor has sufficient insurance coverages to protect any exemptible interest in real or personal property, or does not want the trustee of the estate to use estate funds to procure such coverages, the debtor(s) may sign the waiver below.

Debtors are requested to provide the trustee with copies of all insurance policies and/or declarations representing each insurable asset with fourteen (14) days of the filing of the petition.

## REQUEST TO TRUSTEE
## NOT TO INSURE EXEMPTIBLE ASSETS

I(we) declare, under penalty of perjury, I(we) intend to provide insurance protection for any exemptible interests in real or personal property in this estate, and I(we) request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Date: 4-28-14

At: _____

_Brent Uber_
Debtor

Date: 4-28-14

At: _____

_Amber L Uber_
Joint Debtor (if any)

| Type of Asset | Description & Location | Name & Address of Insurance Agent or Underwriter | Policy Limit and Expiration Date | Secured Parties Do you insure their interest? |
|---|---|---|---|---|
| **Real Property:** (Include any property in which the debtor has an interest, including leased property if the lease requires the debtor to maintain insurance coverages) | | | | no |
| **Personal Property:** | | | | |
| 1. Household Goods: | | | | |
| 2. Motor Vehicles: | Impala | State Farm | | no |
| 3. Boats, Motors, Snowmobiles, etc.: | | | | no |
| 4. Livestock: | | | | |
| 5. Equipment & Fixtures: | | | | |
| 6. Inventory: | | | | |
| 7. Miscellaneous Other Property: | | | | |

Date: 4-28-14

_Brent uber_
Debtor

_Amber S. uber_
Joint Debtor (if any)