UNITED STATES BANKRUPTCY COURT
**Western District of Michigan**

In re: **Brent Marshall Uber and Amber Lynn Uber**

Debtors

Case No. -

Chapter  7

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 4-28-14        Signed: Brent Uber

Dated: 4-28-14        Signed: Amber L Uber

2014 APR 30 AM 10:38 FILED

Best Buy Credit Card
P.O. Box 688910
Des Moines, IA 50368


Capital One
P.O. Box 30284
Salt Lake City, UT 84130


Care Credit GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896


Chase Card Member Services
P.O. Box 94014
Patertire, IL 60094


First General Credit Union
5898 Ellis Rd
Norton Shores, MI 49441


Frontier
1398 S. Woodland Blvd Ste B
DeLeon, FL 32720


Kohls Payment Center
P.O. Box 2983
Milwaukee, WI 53201


M&W Inc.
979 West River Center Drive NE
Comstock Park, MI 49321


Meijer
GECRB
P.O. Box 96015
Orlando, FL 32896

```
Meijer GECRB
P.O. Box 96105
Orlando, FL 32896


Mercy Health Partners Emergency Health P
P.O. Box 673397
Detroit, MI 48267


Sallie Mae
P.O. Box 3800
Wilkes Barre, PA 18773


Walmart Card Member Services
P.O. Box 530972
Atlanta, GA 30353
```