Form DEF7 (09/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Brent Marshall Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–3230<br>**Amber Lynn Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–2437<br><br>**Debtors** | **Case Number 14–03037**<br><br>**Chapter 7** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 4/30/14 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Cert. of Credit Counsel due 05/14/2014

Local Rule 5005–2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Daniel M. LaVille
Clerk of Court

**Dated:** April 30, 2014