United States Bankruptcy Court
Western District of Michigan

In re:                                                                Case No. 14-03037-jdg
Brent Marshall Uber                                                   Chapter 7
Amber Lynn Uber
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0646-1           User: lanel              Page 1 of 1            Date Rcvd: Apr 30, 2014
                               Form ID: 522q            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2014.
db/db        +Brent Marshall Uber,    Amber Lynn Uber,    1300 Carr,    Muskegon, MI 49442-4726
7351327      +Best Buy Credit Card,    P.O. Box 688910,    Des Moines, IA 50368-8910
7351328      +Capital One,    P.O. Box 30284,    Salt Lake City, UT 84130-0284
7351330      +Chase Card Member Services,     P.O. Box 94014,    Patertire, IL 60094-4014
7351331       First General Credit Union,    5898 Ellis Rd,    Norton Shores, MI 49441
7351334      +M&W Inc.,    979 West River Center Drive NE,    Comstock Park, MI 49321-8955
7351337      +Mercy Health Partners Emergency Health P,    P.O. Box 673397,    Detroit, MI 48267-3397
7351339      +Walmart Card Member Services,     P.O. Box 530972,    Atlanta, GA 30353-0972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7351329      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 22:09:20     Care Credit GE Capital Retail Bank,
              P.O. Box 960061,    Orlando, FL 32896-0061
7351332       E-mail/Text: bankruptcynotification@frontiercorp.com Apr 30 2014 22:05:17      Frontier,
              1398 S. Woodland Blvd Ste B,    DeLeon, FL 32720
7351333      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 30 2014 22:03:55     Kohls Payment Center,
              P.O. Box 2983,    Milwaukee, WI 53201-2983
7351335      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 22:09:20     Meijer,    GECRB,    P.O. Box 96015,
              Orlando, FL 32896-0001
7351336      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 22:14:31     Meijer GECRB,    P.O. Box 96105,
              Orlando, FL 32896-0001
7351338      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 30 2014 22:14:18     Sallie Mae,    P.O. Box 3800,
              Wilkes Barre, PA 18773-3800
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2014 at the address(es) listed below:
              Lisa E. Gocha    lgtrustee@sbcglobal.net,    lg@trustesolutions.com;lg@trustesolutions.net
                                                                                              TOTAL: 1

Form 522Q (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Brent Marshall Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–3230<br>**Amber Lynn Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–2437<br><br>**Debtors** | **Case Number 14–03037–jdg**<br><br>**Chapter 7**<br><br>**Honorable James D. Gregg** |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
# OF PROVISIONS UNDER 11 USC SECTION 522(q)(1)

Pursuant to Sections 727(a)(12), 1141(d)(5), 1228(f), or 1328(h), as applicable, NOTICE is hereby given that creditors and parties in interest have 21 days from the date of service of this notice to file an objection to the entry of an order of discharge on grounds that 11 USC Section 522(q)(1) may be applicable to the debtor(s) and that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC Section 522(q)(1)(A) or may be liable for a debt as described in 11 USC Section 522(q)(1)(b).

If such objections are filed, a hearing will be scheduled.

Daniel M. LaVille
Clerk of Court

**Dated:** April 30, 2014