```
                              United States Bankruptcy Court
                              Western District of Michigan
In re:                                                                   Case No. 14-03037-jdg
Brent Marshall Uber                                                      Chapter 7
Amber Lynn Uber
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0646-1           User: lanel                  Page 1 of 2                   Date Rcvd: Apr 30, 2014
                               Form ID: b9a                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2014.
db/db         +Brent Marshall Uber,    Amber Lynn Uber,    1300 Carr,    Muskegon, MI 49442-4726
tr             Lisa E. Gocha,    P.O. Box 398,    Hudsonville, MI  49426-0398
smg           +SECRETARY OF THE TREASURY,    1500 Pennsylvania Ave NW,    WASHINGTON, DC 20220-0001
7351327       +Best Buy Credit Card,    P.O. Box 688910,    Des Moines, IA 50368-8910
7351328       +Capital One,    P.O. Box 30284,    Salt Lake City, UT 84130-0284
7351331        First General Credit Union,    5898 Ellis Rd,    Norton Shores, MI 49441
7351334       +M&W Inc.,    979 West River Center Drive NE,    Comstock Park, MI 49321-8955
7351337       +Mercy Health Partners Emergency Health P,    P.O. Box 673397,    Detroit, MI 48267-3397
7351339       +Walmart Card Member Services,    P.O. Box 530972,    Atlanta, GA 30353-0972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: rayr1@michigan.gov Apr 30 2014 22:05:07      MI DEPT OF TREASURY,
               COLLECTION DIVISION/BANKRUPTCY,    PO BOX 30168,    LANSING, MI 48909-7668
smg           +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 30 2014 22:04:26      SECURITIES & EXCHANGE COMM,
               BANKRUPTCY SECTION,    175 W. JACKSON BLVD.,    SUITE 900,    CHICAGO, IL 60604-2815
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Andy Vara,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Daniel J. Casamatta,
               Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      David W. Asbach,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Dean E. Rietberg,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Habbo G. Fokkena,
               Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Matthew T. Cronin,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Michael V. Maggio,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Michelle M. Wilson,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      Office of the U.S. Trustee,
               The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 30 2014 22:04:14      United States Trustee,
               Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
7351329       +EDI: RMSC.COM Apr 30 2014 21:38:00      Care Credit GE Capital Retail Bank,    P.O. Box 960061,
               Orlando, FL 32896-0061
7351330       +EDI: CHASE.COM Apr 30 2014 21:38:00      Chase Card Member Services,    P.O. Box 94014,
               Patertire, IL 60094-4014
7351332        E-mail/Text: bankruptcynotification@frontiercorp.com Apr 30 2014 22:05:17      Frontier,
               1398 S. Woodland Blvd Ste B,    DeLeon, FL 32720
7351333       +EDI: CBSKOHLS.COM Apr 30 2014 21:38:00      Kohls Payment Center,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
7351335       +EDI: RMSC.COM Apr 30 2014 21:38:00      Meijer,   GECRB,    P.O. Box 96015,
               Orlando, FL 32896-0001
7351336       +EDI: RMSC.COM Apr 30 2014 21:38:00      Meijer GECRB,    P.O. Box 96105,    Orlando, FL 32896-0001
7351338       +EDI: SALMAESERVICING.COM Apr 30 2014 21:38:00      Sallie Mae,    P.O. Box 3800,
               Wilkes Barre, PA 18773-3800
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0646-1          User: lanel              Page 2 of 2              Date Rcvd: Apr 30, 2014
                              Form ID: b9a             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2014 at the address(es) listed below:
              Lisa E. Gocha    lgtrustee@sbcglobal.net,    lg@trustesolutions.com;lg@trustesolutions.net
                                                                                        TOTAL: 1
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **14−03037−jdg**

UNITED STATES BANKRUPTCY COURT **District of** Western District of Michigan

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/30/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brent Marshall Uber<br>1300 Carr<br>Muskegon, MI 49442 | Amber Lynn Uber<br>1300 Carr<br>Muskegon, MI 49442 |
| Case Number:<br>14−03037−jdg | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3230<br>xxx−xx−2437 |
| Attorney for Debtor(s) (name and address):<br>Brent Marshall Uber<br>1300 Carr<br>Muskegon, MI 49442<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Lisa E. Gocha<br>P.O. Box 398<br>Hudsonville, MI 49426−0398<br>Telephone number: (616) 797−4206 |

## Meeting of Creditors
Date: **June 9, 2014**   Time: **01:00 PM**
Location: **Ledyard Building, Second Floor, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/8/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>One Division Ave., N.<br>Room 200<br>Grand Rapids, MI 49503<br>Telephone number: (616)456−2693 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>DANIEL M. LAVILLE |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 4/30/14 |

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. **(Applies to cases filed on or after October 17, 2005)** |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. Please note that possession of cell phones is prohibited at first meetings. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonments | Trustees may abandon property in no asset estates without notice to creditors or other interested parties. Anyone wishing to receive notice of such abandonment must file a request with the Court. |

Refer to Other Side for Important Deadlines and Notices