```
                         United States Bankruptcy Court
                          Western District of Michigan
In re:                                                         Case No. 14-03037
Brent Marshall Uber                                            Chapter 7
Amber Lynn Uber
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0646-1          User: lanel              Page 1 of 1          Date Rcvd: Apr 30, 2014
                              Form ID: def7            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2014.
db/db        +Brent Marshall Uber,    Amber Lynn Uber,    1300 Carr,    Muskegon, MI 49442-4726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2014 at the address(es) listed below:
NONE.                                                                                                   TOTAL: 0

Form DEF7 (09/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Brent Marshall Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–3230<br>**Amber Lynn Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–2437<br><br>**Debtors** | **Case Number 14–03037**<br><br>**Chapter 7** |
|---|---|

# NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 4/30/14 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Cert. of Credit Counsel due 05/14/2014

Local Rule 5005–2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.

Daniel M. LaVille
Clerk of Court

**Dated:** April 30, 2014