FILED                                                           14-3037

2014 MAY 19 AM 10:16

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

Certificate Number: 01401-MIW-CC-022624675



01401-MIW-CC-022624675

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 20, 2014, at 1:18 o'clock PM EST, Brent M Uber received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Michigan, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:  January 20, 2014            By:    /s/Jeremy Lark for Terri Charison

                                   Name:  Terri Charison

                                   Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

FILED

2014 MAY 19 AM 10: 16

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

Certificate Number: 01401-MIW-CC-022273938



01401-MIW-CC-022273938

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 18, 2013</u>, at <u>10:53</u> o'clock <u>AM EST</u>, <u>Amber L Uber</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:    <u>November 18, 2013</u>         By:    <u>/s/Jeremy Lark for Andrea Jones</u>

                                        Name:  <u>Andrea Jones</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).