# United States Bankruptcy Court
## Western District of Michigan

In re **Brent Marshall Uber**
**Amber Lynn Uber**
_____
Debtor(s)

Case No.  **14-03037-jwb**
Chapter  **7**

# NOTICE OF APPEARANCE OF MARTIN M. HOLMES
## AS COUNSEL FOR DEBTOR

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Pursuant to Bankruptcy Rule 9010, Martin M. Holmes hereby enters his appearance as attorneys for Debtors, Brent Marshall Uber and Amber Lynn Uber, and requests that his name be added to the mailing matrix, and that it be sent copies of all pleadings, notices, and papers filed or served in this case, or required to be served in this case, under the Bankruptcy Code or Bankruptcy Rules.

August 22, 2104

/s/
Martin M. Holmes
Martin M. Holmes (P24240)
Holmes Law Offices
P.O. Box 5406
North Muskegon, MI 49445
(231) 744-9439