Form LTRFRM23 (12/10)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**Daniel M. LaVille**
 **Clerk**
(616) 456–2693– Tel.

August 27, 2014

In Re: Brent Marshall Uber and Amber Lynn Uber
   Case No.: 14–03037–jwb

Dear Brent Marshall Uber and Amber Lynn Uber :

 The record of this Court reflects that on April 30, 2014, you filed a Chapter 7 proceeding which is currently pending before the Hon. James W. Boyd . Subject to limited exceptions, in order to receive a discharge under Chapter 7 , each debtor must complete an instructional course in personal financial management and file with the Court Official Form 23 (as amended 10/06) **or** the Certificate of Completion of Course in Personal Financial Management <u>within 60 days after the first date set for the meeting of creditors under §341.</u> As of today's date, neither of the documents referenced have been filed with the Court. (Please note that this course is in addition to the credit counseling that you received prior to the filing of the petition).

 Please be further advised that failure to timely file the required documents may result in your case being closed without entry of a discharge and without further notice or order.

               Very truly yours,

               /S/_____
               L. Jones
               Deputy Clerk

Attachment: (Official Form 23 as amended 10/06)