United States Bankruptcy Court
Western District of Michigan

In re:  
Brent Marshall Uber  
Amber Lynn Uber  
    Debtors

Case No. 14-03037-jwb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0646-1     User: jonesl     Page 1 of 1     Date Rcvd: Aug 27, 2014  
                        Form ID: ltrfrm23    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2014.  
db/db      +Brent Marshall Uber,    Amber Lynn Uber,    1300 Carr,    Muskegon, MI 49442-4726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2014 at the address(es) listed below:  
        Lisa E. Gocha    lgtrustee@sbcglobal.net,    lg@trustesolutions.com;lg@trustesolutions.net  
        Martin M. Holmes    on behalf of Debtor Brent Marshall Uber mmhjd@yahoo.com  
        Martin M. Holmes    on behalf of Debtor Amber Lynn Uber mmhjd@yahoo.com  
                                                                                                                       TOTAL: 3

**Form LTRFRM23** (12/10)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**Daniel M. LaVille**
    **Clerk**
(616) 456–2693– Tel.

August 27, 2014

In Re:  Brent Marshall Uber and Amber Lynn Uber
      Case No.:  14–03037–jwb

Dear Brent Marshall Uber and Amber Lynn Uber :

   The record of this Court reflects that on April 30, 2014, you filed a Chapter 7 proceeding which is currently pending before the Hon. James W. Boyd . Subject to limited exceptions, in order to receive a discharge under Chapter 7 , each debtor must complete an instructional course in personal financial management and file with the Court Official Form 23 (as amended 10/06) **or** the Certificate of Completion of Course in Personal Financial Management <u>within 60 days after the first date set for the meeting of creditors under §341.</u> As of today's date, neither of the documents referenced have been filed with the Court. (Please note that this course is in addition to the credit counseling that you received prior to the filing of the petition).

   Please be further advised that failure to timely file the required documents may result in your case being closed without entry of a discharge and without further notice or order.

                                   Very truly yours,

                                   /S/_____
                                   L. Jones
                                   Deputy Clerk

Attachment: (Official Form 23 as amended 10/06)