Form NTC2016 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Brent Marshall Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–3230<br>**Amber Lynn Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–2437<br><br>**Debtors** | **Case Number 14–03037–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

**NOTICE REGARDING DISCLOSURE OF COMPENSATION**
**OF ATTORNEY FOR THE DEBTOR(S)**
**PURSUANT TO FED. R. BANKR. P. 2016(b) and**
**LOCAL BANKRUPTCY RULE 2016–1**

TO:  Martin M. Holmes

It appears from the court record that on April 30, 2014 you filed an individual Chapter 7 case on behalf of the above−referenced debtor(s).  The record further indicates that the statement regarding disclosure of compensation required by Fed. Bankr. P. 2016(b) was included as an attachment to other documents filed with the court.  Please note that pursuant to LBR 2016–1, the statement required by Fed. R. Bankr. P. 2016(b) shall be filed as a **separate docket entry** (*emphasis added*) in every Chapter 7 case involving an individual debtor or debtors.

NOTICE IS FURTHER GIVEN THAT the Statement Pursuant to Fed. R. Bankr. P. 2016(b) must to be re−filed as a separate docket entry.  When refiling the disclosure of compensation statement, please utilize the event located under the "Miscellaneous" menu option entitled: Disclosure of Compensation of Atty. for Debtor – BR 2016 Statement

*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** September 22, 2014