United States Bankruptcy Court
Western District of Michigan

In re:  
Brent Marshall Uber  
Amber Lynn Uber  
       Debtors

Case No. 14-03037-jwb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0646-1      User: parentka     Page 1 of 1     Date Rcvd: Sep 22, 2014  
                     Form ID: ntc2016    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2014.  
db/db         +Brent Marshall Uber,   Amber Lynn Uber,   1300 Carr,   Muskegon, MI 49442-4726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2014 at the address(es) listed below:  
         Lisa E. Gocha    lgtrustee@sbcglobal.net,    lg@trustesolutions.com;lg@trustesolutions.net  
         Martin M. Holmes    on behalf of Debtor Brent Marshall Uber mmhjd@yahoo.com  
         Martin M. Holmes    on behalf of Debtor Amber Lynn Uber mmhjd@yahoo.com  
                                                                                               TOTAL: 3

Form NTC2016 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Brent Marshall Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–3230<br>**Amber Lynn Uber**<br>1300 Carr<br>Muskegon, MI 49442<br>SSN: xxx–xx–2437<br><br>**Debtors** | **Case Number 14–03037–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

**NOTICE REGARDING DISCLOSURE OF COMPENSATION**
**OF ATTORNEY FOR THE DEBTOR(S)**
**PURSUANT TO FED. R. BANKR. P. 2016(b) and**
**LOCAL BANKRUPTCY RULE 2016–1**

TO:  Martin M. Holmes

It appears from the court record that on April 30, 2014 you filed an individual Chapter 7 case on behalf of the above–referenced debtor(s).   The record further indicates that the statement regarding disclosure of compensation required by Fed. Bankr. P. 2016(b) was included as an attachment to other documents filed with the court.  Please note that pursuant to LBR 2016–1, the statement required by Fed. R. Bankr. P. 2016(b) shall be filed as a **separate docket entry** (*emphasis added*) in every Chapter 7 case involving an individual debtor or debtors.

NOTICE IS FURTHER GIVEN THAT the Statement Pursuant to Fed. R. Bankr. P. 2016(b) must to be re–filed as a separate docket entry.  When refiling the disclosure of compensation statement, please utilize the event located under the "Miscellaneous" menu option entitled: Disclosure of Compensation of Atty. for Debtor – BR 2016 Statement

Daniel M. LaVille
Clerk of Court

**Dated:** September 22, 2014